IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN C. MARK,

        Plaintiff,               No. 2:09-cv-03583 KJN P

    vs.

MARTINEZ, et al.,

        Defendants.        <u>ORDER</u>

        Plaintiff is a former state prisoner who initiated the instant civil rights action. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes. (Dkt. No. 4.) <u>See</u> 28 U.S.C. § 636(c); Local Rule 305(a). By order filed December 10, 2010 (Dkt. No. 7), this court granted plaintiff's application to proceed in forma pauperis but dismissed plaintiff's complaint for failure to state a potentially cognizable claim. The court accorded plaintiff thirty days within which to file an amended complaint, and informed him that failure to timely comply with the court's order may result in the dismissal of this action.

        More than thirty days have passed, and plaintiff has not communicated with the court by any means. The court construes plaintiff's inaction as abandonment of this case.

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(b).

DATED: March 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mark3583.disms.